# UNITED STATES DISTRICT COURT
for the
## Southern District of Alabama

**United States of America**          )
                                      )
   v.                                 )   **Case No. 06-00022-KD**
                                      )
**KENDRICK MELTON**                   )

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, **IT IS ORDERED** that the motion is:

   **X  DENIED**.   **‗ GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ‗ months **is reduced to** ‗ **months.**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __38__                 Amended Offense: __36__
Criminal History Category: __1V__              Criminal History: __IV__
Previous Guideline Range: __235__ to __293__ months    Amended Guideline Range: __188__ to __235__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
‗ The reduced sentence is within the amended guideline range.
‗ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
‗ Other (explain):

**III. ADDITIONAL COMMENTS**  -  Defendant was sentenced to the statutory mandatory minimum of 120 months and is not eligible for consideration of a reduction because Amendment 706 does not apply when a defendant has been sentenced to a statutory mandatory minimum penalty. Defendant is subject to a mandatory consecutive sentence of sixty months as to Count Three to be served consecutive to his sentence as to Count One.

**Except as provided above, all provisions of the judgment shall remain in effect.**

**IT IS SO ORDERED.**

|  |  |
|---|---|
|  | **/s/ Kristi K. DuBose** |
| **Order Date: December 19, 2008** | Judge's signature |
|  |  |
| **Effective date:** ‗ | **United States District Judge** |
| (if different from order) | Printed name and title |